## CHARLES SINGER AND PAUL B. MOOS, APPLICANTS, v. CHARLES F. JUECHTER ET AL.

Decided May 8, 1924.

**Mandamus—Writ Allowed on Consent.**

On rule to show cause for *mandamus*.

Before Justices KALISCH, BLACK and CAMPBELL.

For the applicant, *J. Emil Walscheid.*

For the respondents, *Robert H. McCarter.*

PER CURIAM.

It has been consented to that the application for a peremptory writ of *mandamus* should be granted. The application to have the pleadings moulded so as to permit an appeal to the Court of Errors and Appeals is denied.

Let the writ of *mandamus* issue as prayed for.